**Order entered September 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01286-CV

**PETER BEASLEY, Appellant**

**V.**

**SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER, Appellee**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-03141

## ORDER

Appellant's motion for leave to file a supplemental brief is **DENIED**.


/s/      LANA MYERS
         PRESIDING JUSTICE